**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| CARL WHITEHEAD, | : No. 26 WM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 5th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus, the Application for Exercise of King's Bench Jurisdiction and/or Extraordinary Jurisdiction, and the Application for an Immediate Hearing are **DENIED**.